Lawrence MOORE, Plaintiff—Appellant,

v.

LOCAL UNION NO. 569 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; et al., Defendants—Appellees.

Nos. 04–55459, 04–55466.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.*

Decided April 4, 2005.

Lawrence Moore, La Jolla, CA, pro se.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Lewis N. Levy, Esq., Levy, Goldman & Levy, Los Angeles, CA, Melissa W. Cook, Esq., Lindsay J. Hulley, Esq., Kissane & Cook, Jennifer T. Messersmith, Gattey & Messersmith, San Diego, CA, Terry R. Yellig, Sherman, Cohen & Dunn, Washington, DC, for Defendants–Appellees.

Before: B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

## MEMORANDUM **

Lawrence Moore appeals pro se the district court's order vacating his renewals of judgments in two related actions against the International Brotherhood of Electrical Workers ("IBEW"). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review a district court's findings of fact for clear error, *Concrete Pipe & Products of California, Inc. v. Construction Laborers Pension Trust for Southern California,* 508 U.S. 602, 623, 113 S.Ct. 2264, 124 L.Ed.2d 539 (1993), and we affirm.

The district court did not clearly err by vacating Moore's renewals of judgments because the record reflects that the IBEW posted supersedeas bonds in excess of each judgment entered against them in these two related actions. *See* Cal.Civ. Proc.Code § 724.010.

The district court also did not err in finding that the defendants' motions to

vacate Moore's renewals of judgments were timely.

Moore's remaining contentions lack merit.

AFFIRMED.

**A.R.J.; et al., Plaintiffs—Appellants,**

v.

**UNITED STATES of America; et al., Defendants—Appellees.**

No. 03–16402.

United States Court of Appeals, Ninth Circuit.

Submitted March 23, 2005.*

Decided April 4, 2005.

J. Ryan, Sunnyvale, CA, pro se.

A.R.J., Sunnyvale, CA, pro se.

Before: B. FLETCHER, TROTT, and PAEZ, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the